# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LONZELL BROWN | § |
| | § |
| v. | § Civil Action No. 4:22-CV-571 |
| | § (Judge Mazzant/Judge Nowak) |
| CITY OF ANNA CITY HALL, ET AL. | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 22, 2023, the report of the Magistrate Judge (Dkt. #34) was entered containing proposed findings of fact and recommendations that Defendants City of Anna's Motion to Dismiss (Dkt. #11), Don Burton and Associates' Motion to Dismiss (Dkt. #15), and Lee Lewis Construction, Inc.'s Motion to Dismiss (Dkt. #21) each be granted, and Plaintiff's claims against these Defendants be dismissed with prejudice.

Having received the report of the Magistrate Judge, considered Plaintiff's Objection (Dkt. #36), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants City of Anna's Motion to Dismiss (Dkt. #11), Don Burton and Associates' Motion to Dismiss (Dkt. #15), and Lee Lewis Construction, Inc.'s Motion to Dismiss (Dkt. #21) are **GRANTED**. Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 20th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE