# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LONZELL BROWN | § |
| | § **CIVIL ACTION NO. 4:22-CV-571** |
| v. | § |
| | § **(JUDGE MAZZANT/JUDGE DURRETT)** |
| CITY OF ANNA CITY HALL, ET AL. | § |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2024, the Magistrate Judge entered a Report (Dkt. #90) that Defendant Quality Labor Management's Motion for Summary Judgment (Dkt. #81) be granted and Plaintiff's claims be dismissed with prejudice. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Quality Labor Management's Motion for Summary Judgment (Dkt. #81) is **GRANTED**. It is further **ORDERED** that Defendant Quality Labor Management's Motion to Compel Discovery Responses and Document Production (Dkt. #80) is **DENIED** as moot. It is further **ORDERED** that Plaintiff's claims against Defendant Quality Labor Management are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of April, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE